1  Geri N. Kahn (CA State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   400 Montgomery Street, Suite 810
3  San Francisco, CA 94104
   Tel. (415) 397-5446, ext. 302
4  Fax (707) 361-0350

5  Attorney for Plaintiff
   Sohaila Azizi
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 Sohaila AZIZI,                              Case No. 2:14-CV-01693-CKD

12      Plaintiff                              **STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT; AND ORDER**

13 vs.

14 Carolyn W. Colvin, Acting Commissioner of Social Security,

15      Defendant
16

17     Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of

18 record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's

19 counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

20     1.   Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines.

21          The transcript in this proceeding is lengthy. Plaintiff's counsel needs additional time to

22          review the transcript and to write the Motion.

23     2.   Plaintiff's counsel has emailed Theophous Reagans, Esq., defendant's counsel. Special

24          Assistant U.S. Attorney, Donna W. Anderson, on behalf of Theophous Reagans has

25          indicated that she is agreeable to a 60 day extension of time for counsel to prepare her

26          brief.

27

28

Case No. 2:14-CV-01693-CKD                      1
STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT; AND ORDER

3. Should the request be granted, Plaintiff's brief will be due on February 25, 2015, Defendant's reply brief on March 27, 2015 and Plaintiff's optional response brief on April 17, 2015.

Respectfully submitted,

Dated: December 23, 2014      /s/ Geri N. Kahn
                              GERI N. KAHN
                              Attorney for Plaintiff


Dated: December 23, 2014      /s/ Donna W. Anderson for*
                              THEOPHOUS REAGANS
                              Special Assistant United States Attorney
                              (*By email authorization from SAUSA
                              D.W. Anderson on 12/23/14)


### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE