Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email:  geri@gerinkahn.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sohaila AZIZI, | Case No.: 2:14-cv-01693-CKD |
| Plaintiff, | SECOND STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| Carolyn W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

  Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

  1.  Plaintiff's counsel has been actively working on the Motion for Summary Judgment.  Unfortunately her legal assistant recently left her job and counsel is having to spend time on administrative tasks as well as interviewing potential applicants for a job.  Counsel has been unable to complete the brief.

2. Plaintiff's counsel has emailed Theophous Reagans, Esq., defendant's counsel. He has indicated that he is agreeable to a 30 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on March 26, 2015, Defendant's reply brief on April 27, 2015 and Plaintiff's optional response brief on May 18, 2015.

Respectfully submitted,

Dated: February 24, 2015
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: February 24, 2015
/s/ Theophous Reagans
Theophous H. Reagans
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE