1  Geri N. Kahn (CA State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   400 Montgomery Street, Suite 810
3  San Francisco, CA 94104
   Tel. (415) 397-5446, ext. 302
4  Fax (707) 361-0350

5  Attorney for Plaintiff
   Sohaila Azizi

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 Sohaila AZIZI,                              Case No. 2:14-CV-01693-CKD

12      Plaintiff                              **STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT; AND ORDER**

13 vs.

14 Carolyn W. Colvin, Acting Commissioner of Social Security,

15

16      Defendant

17      Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of

18 record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time for Plaintiff's

19 counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

20      1.   Plaintiff's counsel's father had a medical emergency three weeks ago and counsel has

21           been at the hospital, and currently in a skilled nursing facility to be with him.  She has also

22           had to arrange and accompany him to medical appointments.  She has been out of her

23           office for extended periods of time and has not had time to complete the brief.

24      2.   Plaintiff's counsel has emailed Theophous Reagans, Esq., defendant's counsel and he has

25           indicated that he is agreeable to a 7 day extension of time for counsel to finish her brief.

26      3.   Should the request be granted, Plaintiff's brief will be due on April 2, 2015, Defendant's

27           reply brief on May 4, 2015 and Plaintiff's optional response brief on May 25, 2015.

28

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 26, 2015 | /s/ Geri N. Kahn |
| | GERI N. KAHN |
| | Attorney for Plaintiff |
| | |
| Dated: March 26, 2015 | /s/ Theophous Reagans |
| | THEOPHOUS REAGANS |
| | Special Assistant United States Attorney |
| | (*By email authorization from SAUSA Theophous Reagans) |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE