Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email:  geri@gerinkahn.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sohaila AZIZI, | Case No.: 2:14-cv-01693-CKD |
| Plaintiff, | FOURTH STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT; AND ORDER |
| vs. | |
| Carolyn W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel's father passed away on March 30, 2015, due to complications of Alzheimer's disease.  The last month has been a steady decline and counsel has been out of the office a great deal.  Counsel is Jewish and is "sitting shiva" this week (a mourning period).

2. Counsel is aware that she has requested a number of extensions in this case and does not anticipate any further interruptions to her life that would prevent her from timely completing the brief.

3. Plaintiff's counsel has spoken to counsel for the Commissioner. He has indicated that he is agreeable to a 14-day extension of time for counsel to prepare her brief.

4. Should the request be granted, Plaintiff's brief will be due on April 16, 2015, Defendant's reply brief on May 18, 2015 and Plaintiff's optional response brief on June 1, 2015.

Respectfully submitted,

Dated: April 2, 2015         /s/ Geri N. Kahn
                             GERI N. KAHN
                             Attorney for Plaintiff

Dated: April 2, 2015         /s/ Peter Thompson for Theophous Reagans
                             Theophous H. Reagans
                             Special Assistant United States Attorney
                             Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE