1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney
     Social Security Administration, Region IX
5    160 Spear Street, Suite 800
     San Francisco, California 94105
6  Tel: (415) 977-8938
   Fax: (415) 744-0134
7  E-mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9

10            **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF CALIFORNIA**
11

12  SOHAILA AZIZI,                     ) Case No.:  2:14-CV-01693-CKD
                                       )
13            Plaintiff,               ) STIPULATION FOR EXTENSION
                                       )
14       vs.                           )
                                       )
15  CAROLYN W. COLVIN,                 )
    Acting Commissioner of Social      )
16  Security,                          )
                                       )
17            Defendant                )
                                       )
18

19       The parties, through their respective counsel, stipulate that the time for

20  Defendant to respond to Plaintiff's Motion for Summary Judgment be extended

21  from May 18, 2015 to June 1, 2015.  Counsel had a backlog of cases and numerous

22  briefs and pleadings due to be filed during the last month.  Counsel's backlog

23  included several responsive pleadings, including answers and settlement letter

24  responses, during the month and oversight over several bankruptcy cases being

25  handled by other counsel.  Because Defendant's counsel was handling so many

26  different filings and due dates, counsel failed to properly calendar the due date in

1

this case.  Defendant's counsel apologizes to the Court for the delay and asserts that this request is made in good faith with no intent to delay the case.  All other dates in the Court's Scheduling Order are extended accordingly.

Date: May 26, 2015                     */s/ Geri N. Kahn*
                                       (Authorized via email)
                                       GERI N. KAHN
                                       Attorney for Plaintiff

Dated: May 26, 2015                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       *Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

IT IS SO ORDERED:

Dated:  May 27, 2015

                                       _____
                                       CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE